# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x

KADEIRA BARNES-WILLIAMS,

                               Plaintiff,

     - against -

THE CITY OF NEW YORK, ET AL.,

                            Defendants.
------------------------------------------------------------------------x

Index No. # 154141/2021

Law Dep't No.: 2021-001586

**CONSENT TO REMOVAL**

**PO TRAVIS GEMBECKI**, hereby states:

1.     I have been made aware that I am a named defendant in the above-captioned case. However, I was not served with the summons and complaint in the above-captioned.

2.     I hereby consent to this case being removed to federal court.

3.     By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:     New York, New York

            June 5, 2021

                                                        **PO TRAVIS GEMBECKI**