UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KADEIRA BARNES-WILLIAMS,
                Plaintiff,        21-cv-5017 (JGK)

    - against -                    ORDER

CITY OF NEW YORK ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

The conference scheduled for September 28, 2021 at 2:30 p.m. is canceled. The parties should provide the Court with a status report by October 22, 2021.

SO ORDERED.
Dated:    New York, New York
           September 24, 2021

                                          John G. Koeltl
                                United States District Judge