UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KADEIRA BARNES-WILLIAMS,

                Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21 Civ. 5017 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 10/26/21.

SO ORDERED.

Dated:    New York, New York
           October 13, 2021

                                      John G. Koeltl
                              United States District Judge