PAUL V. PRESTIA
Special Counsel for Civil Rights



**LIAKAS LAW** P.C.

Liakaslaw.com
40 Wall St., 50th Fl
New York, NY 10006

P: (212) 937-7765
F: (877) 380-9432

New Jersey Office
576 Main Street, Suite C
Chatham, NJ 07928

January 23, 2023

**VIA ECF**
Honorable Judge John G. Koetl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

*Application granted.*
*So ordered.*
*1/24/23* [signature]
*U.S.D.J.*

RE: Revised scheduling order request
Barnes-Williams v. The City of New York, et al.,
21-cv-5017-JGK

Your Honor,

I represent Plaintiff in the above referenced matter. I write on behalf of all parties to jointly submit a revised scheduling order.

On January 12, 2023, Your Honor granted the parties request for an extension of sixty days to complete discovery until March 13, 2023. Accordingly, we propose that, a Letter-Motion for Pre-Motion Conference be filed on or before April 13, 2023. Moreover, the parties request a conference at the close of all discovery deadlines for any motion practice and the Joint Pre Trial Order.

Thank you for your time and consideration in this matter.

Respectfully Submitted,

___/s/___
Paul V. Prestia
Liakas Law, P.C.

To:   **VIA ECF**
Thomas Lai, Esq.
Special Federal Litigation Division