UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────
KADEIRA BARNES-WILLIAMS,

                Plaintiff,

                21-cv-5017 (JGK)

   - against –

                ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.
──────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The conference scheduled for Tuesday, March 14, 2023, at 4:30 p.m. is adjourned to **Friday, March 17, 2023, at 4 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            March 3, 2023

                                   /s/ John G. Koeltl
                                 **John G. Koeltl
                           United States District Judge**