

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS LAI<br>Senior Counsel<br>E-mail:tlai@law.nyc.gov<br>Phone: (212) 356-2336<br>Fax: (212) 356-3509 |

August 7, 2023

**VIA ECF**
Honorable Arun Subramanian
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Barnes-Williams v. City of New York et al.*, 21-CV-05017 (AS)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and attorney for the City of New York and Police Officer Travis Gembecki ("Defendants").[1] With the consent of Plaintiff's counsel, Paul Prestia, Defendants write to respectfully request a thirty (30) day extension of the time from August 7, 2023 to September 6, 2023 to file their motion for summary judgment and for the Court to endorse the below briefing schedule. This is the first request for such an extension. The reason for this request is the parties are currently engaged in settlement negotiations and are hopeful the matter will resolve shortly. Additionally, because Defendants only recently received a copy of Defendant Gembecki's deposition transcript, the additional time is needed for Defendant Gembecki to review the transcript for accuracy, and then for Defendants to prepare their motion for summary judgment, should this matter not resolve. Accordingly, Defendants respectfully request for the Court to endorse the following briefing schedule:

- Defendants motion papers due September 6, 2023;
- Plaintiff's Opposition papers due October 6, 2023; and
- Defendants reply due October 13, 2023.

      Thank you for your consideration of the instant application.

---

[1] Pursuant to Your Honor's Individual Practices in Civil Case the undersigned is Lead Trial Counsel in this matter for Defendants.

                                                                            Respectfully submitted,

                                                                            *Thomas Lai s/*
                                                                            Thomas Lai
                                                                            Senior Counsel
                                                                            Special Federal Litigation Division

To:    **VIA ECF**
         Paul V. Prestia
         *Attorney for Plaintiff*

The request is granted.

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: August 8, 2023

2